UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTIVO, LLC | ) |
| | ) |
| PLAINTIFF | ) |
| | ) DOCKET NO. 1:15-CV-11470-IT |
| v. | ) |
| | ) |
| INTEGRATED BEHAVIORAL | ) |
| HEALTH INC. d/b/a INTEGRATED | ) |
| BEHAVIORAL HEALTH | ) |
| CORPORATION | ) |
| | ) |
| and | ) |
| RELIANT BEHAVIORAL | ) |
| HEALTH, LLC d/b/a RELIANT | ) |
| BEHAVIORAL HEALTH | ) |
| CORPORATION | ) |
| | ) |
| DEFENDANTS | ) |

## CORPORATE DISCLOSURE STATEMENT

The plaintiff Trustivo, LLC, by and through its counsel, hereby makes the following corporate disclosure:

Trustivo, LLC is a privately held limited liability corporation with no parent corporation. There are no publicly-held corporations that own 10% or more of Trustivo, LLC's stock

>     TRUSTIVO LLC,
>
>     BY ITS COUNSEL,
>
>     /s/ Timothy M. Hughes
>     Timothy M. Hughes, BBO#548708
>     Attorney at Law
>     6 Old County Road, Suite 9
>     Sudbury, MA 01776
>     978-443-4460
>     hugheslaw1@verizon.net

DATED: June 8, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of June 2015, a copy of the foregoing electronically filed document was served on the parties listed below by first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

J. Christopher Jaczko
Procopio, Cory, Hargreaves, & Savitch, LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130

Lee T. Gesmer
BBO#190260
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109

                                                                /s/ Timothy M. Hughes