UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTIVO, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTEGRATED BEHAVIORAL HEALTH INC. d/b/a INTEGRATED BEHAVIORAL HEALTH CORPORATION, *et al.*,<br><br>　　　　Defendants, | Civil Action No. 1:15-cv-11470-IT |

## ORDER

August 6, 2015

TALWANI, D.J.

After a Scheduling Conference on August 5, 2015, it is hereby ordered that:

1. Plaintiff's Request for Leave to Serve More than Twenty-Five Interrogatories [#20] is DENIED WITHOUT PREJUDICE.

2. Defendant Reliant Behavioral Health, LLC d/b/a Reliant Behavioral Health Corporation shall file an affidavit by August 19, 2015, stating whether it is a corporation or an LLC and, if it is an LLC, stating the citizenship of each of its members (and any of their unincorporated members).

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge