UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

TRUSTIVO, LLC                                    )
                                                 )
PLAINTIFF                                        )
                                                 )   DOCKET NO. 1:15-CV-11470-IT
v.                                               )
                                                 )
INTEGRATED BEHAVIORAL                            )
HEALTH INC. d/b/a INTEGRATED                     )
BEHAVIORAL HEALTH                                )
CORPORATION                                      )
                                                 )
and                                              )
RELIANT BEHAVIORAL                               )
HEALTH, LLC d/b/a RELIANT                        )
BEHAVIORAL HEALTH                                )
CORPORATION                                      )
                                                 )
DEFENDANTS                                       )
                                                 )
INTEGRATED BEHAVIORAL HEALTH,                    )
INC. and RELIANT BEHAVIORAL                      )
HEALTH, LLC                                      )
                                                 )
PLAINTIFFS-IN-COUNTERCLAIM                       )
                                                 )
v.                                               )
                                                 )
TRUSTIVO, LLC                                    )
                                                 )
DEFENDANT-IN-COUNTERCLAIM                        )

**AFFIDAVIT OF RADU PASOVSCHI**

I, Radu Pasovschi, on oath depose and say as follows:

1.     I am a founder and the Chief Executive Office of TRUSTIVO, LLC.

2.     TRUSTIVO LLC has seven total members, of which six are individuals and one an incorporated entity.

3.      The six individual members are residents and citizens of the Commonwealth of Massachusetts.   The incorporated member is a Massachusetts corporation with a principal place of business in Massachusetts, and is a citizen of Massachusetts.

Signed under the pains and penalties of perjury this ____11th____ day of ____August____, 2015.

_= Rad H. Pasovschi =_

Radu Pasovschi