UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTIVO, LLC ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| INTEGRATED BEHAVIORAL ) | DOCKET NO. 15-11470-IT |
| HEALTH INC. d/b/a INTEGRATED ) | |
| BEHAVIORAL HEALTH ) | |
| INCORPORATED ) | |
| ) | |
| and ) | |
| RELIANT BEHAVIORAL ) | |
| HEALTH, LLC d/b/a RELIANT ) | |
| BEHAVIORAL HEALTH ) | |
| CORPORATION ) | |
| ) | |
| DEFENDANTS ) | |
| ) | |
| ) | |
| AND RELATED COUNTERCLAIMS ) | |
| ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER AND RESCHEDULE STATUS CONFERENCE

The parties, Trustivo, LLC ("Trustivo"), Integrated Behavioral Health, Inc.

("IBH") and Reliant Behavioral Health, LLC ("RBH") hereby request that the August 11,

2015 Scheduling Order ("Scheduling Order") be amended to extend all deadlines by sixty

(60) days and to reschedule the status conference currently scheduled for February 10,

2015.  As grounds for this motion the parties state as follows:

1.      The Scheduling Order establishes the following deadlines:

   A.      *Amendments to Pleadings.* Motions seeking leave to add new
            parties or to amend the pleadings to assert new claims or defenses
            may be filed by December 1, 2015.

   B.      *Fact Discovery - Interim Deadlines.*

a.   All requests for production of documents and interrogatories must be served by January 7, 2016.

b.   All requests for admission must be served by January 7, 2016.

*c.*   All depositions, other than expert depositions, must be completed by *February 7, 2016.*

C.   *Fact Discovery - Final Deadline.* All discovery, other than expert discovery, must be completed by February 7, 2016.

D.   *Status Conference.* A status conference will be held on February 9, 2016, at 2:30 p.m.  [Since rescheduled to February 10, at 2:30 p.m.]

2.   Since approximately the middle of October the parties have explored the possibility of settlement through mediation, and toward that end, scheduled and participated in a mediation session before JAMS on November 19, 2015. Although the parties did not reach a settlement on November 19, 2015, the parties have continued exploring settlement with the participation of the mediator and have reached a tentative settlement that requires the parties to meet in California in December in order to finalize the terms of the settlement.

3.   Since the Scheduling Order was entered and while the planned mediation was pending, the parties exchanged written discovery but delayed in conducting depositions and discovery related motions.

4.   Accordingly, the parties wish to extend all deadlines in order to permit the parties to continue to attempt to settle the matter. The parties therefore request that the Scheduling Order be amended to establish the deadlines set forth below and to reschedule the status conference to a date to be set by the Court:

D.      *Amendments to Pleadings*. February 1, 2016.

E.      *Fact Discovery - Interim Deadlines*.

      a.      All requests for production of documents and interrogatories must be served by March 7, 2016.

      b.      All requests for admission must be served by March 7, 2016.

      c.      All depositions, other than expert depositions, must be completed by *April 7, 2016.*

      d.      *Fact Discovery - Final Deadline.* All discovery, other than expert discovery, must be completed by April 7, 2016.

F.      *Status Conference.* A status conference to be held on a date set by the Court.

    5.      Allowance of this motion will facilitate the full and fair adjudication of the matter and will not interfere with the timely and efficient disposition of the matter.

For TRUSTIVO, LLC

/s/     Timothy M. Hughes
Timothy M. Hughes, BBO#548708
Attorney at Law
6 Old County Road, Suite 9
Sudbury, MA 01776
978-443-4460
hugheslaw1@verizon.net

For INTEGRATED BEHAVIORAL
HEALTH, INC. and RELIANT
BEHAVIORAL HEALTH LLC


/s/ J. Christopher Jaczko
J. Christopher Jaczko (*Pro Hac Vice*)
Jamie D. Quient (*Pro Hac Vice)*
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
12544 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  858.720.6300
chris.jaczko@procopio.com

Lee T. Gesmer
Lee T. Gesmer (BBO No. 190260)
GESMER UPDEGROVE LLP
40 Broad Street
Boston MA 02109
Tel: 617.350.6800
lee.gesmer@gesmer.com

Dated:



**IT IS SO ORDERED.**



DATED: _____          _____
                                         Honorable Indira Talwani
                                         UNITED STATES DISTRICT JUDGE